1  MELINDA HAAG (CABN 132612)
United States Attorney

2

MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

5

    450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
    Telephone: (415) 436-7050
7  Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

8

Attorneys for the United States of America
9

10

                     UNITED STATES DISTRICT COURT

11

                    NORTHERN DISTRICT OF CALIFORNIA

12

                        SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    Nos.   CR12-0090 RS
                                       )           CR12-0156 RS
15          Plaintiff,                 )
                                       )
16          v.                         )
    PABLO PEREZ-ANGUIANO,              )    **STIPULATION AND [~~PROPOSED~~]**
17  a/k/a Jose Escalera Aguilera,      )    **ORDER CONTINUING HEARING ON**
    a/k/a Jose Escalera,               )    **FEBRUARY 19, 2013 TO MARCH 5,**
18  a/k/a Mario Escalera,              )    **2013 AND FOR THE EXCLUSION OF**
                                       )    **TIME UNDER 18 U.S.C. § 3161**
19          Defendant.                 )
                                       )
20

21          This matter is currently set for a competency hearing on February 19, 2013.  The parties

22  have not been provided any report from the Bureau of Prisons regarding the results of a

23  competency examination.  Accordingly, the parties stipulate and jointly request that the hearing

24  currently scheduled for February 19, 2013 be continued to March 5, 2013 in order to receive and

25  review any report resulting from the Court ordered competency examination.

26          The parties further agree to exclude the period of time between February 19, 2013 to

27  March 5, 2013 from any time limits applicable under 18 U.S.C. § 3161.  The parties represent

28

STIPULATION & [~~PROPOSED~~] ORDER
CONTINUING HEARING AND EXCLUDING TIME
CR 12-0090 RS & CR 0156 RS

1  that granting the exclusion would allow the reasonable time necessary for effective preparation

2  of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice

3  served by granting such an exclusion of time outweigh the best interests of the public and the

4  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5

6  SO STIPULATED:

7

8  MELINDA HAAG
   United States Attorney

9

10  DATED: February 15, 2013            _____/s/_____
                                        J. MARK KANG
11                                      Special Assistant United States Attorney

12

13  DATED: February 15, 2013            _____/s/_____
                                        CANDIS MITCHELL
14                                      Attorney for Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER
CONTINUING HEARING AND EXCLUDING TIME
CR 12-0090 RS & CR 0156 RS

1

[PROPOSED] ORDER

2          For the reasons stated above the Court continues the competency hearing date from

3    February 19, 2013 to March 5, 2013.

4          The Court further finds that the exclusion from the time limits applicable under 18 U.S.C.

5    § 3161 of the period from February 19, 2013 through March 5, 2013 is warranted and that the

6    ends of justice served by the continuance outweigh the best interests of the public and the

7    defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time

8    would deprive the parties of the reasonable time necessary for effective preparation, taking into

9    account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

10

11          IT IS SO ORDERED.

12

13    DATED:__2/15/13_____        _____

14                                 THE HONORABLE RICHARD SEEBORG
                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
      STIPULATION & [PROPOSED] ORDER
      CONTINUING HEARING AND EXCLUDING TIME
      CR 12-0090 RS & CR 0156 RS