1 | MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: carolyn.silane@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-0090 RS and NO. CR 12-0156 RS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| PABLO PEREZ-ANGUIANO, a/k/a Jose Escalera Aguilera | |
| Defendant. | |

The parties in this case appeared before the Court on October 15, 2013. At that time, defense counsel represented that additional time would be required to consult with her client and reach a possible resolution in the case with the government. As a result, the Court set the matter to November 5, 2013. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties have agreed to exclude the period of time between October 15, 2013, and November 5, 2013, from any time limits applicable under 18 U.S.C. § 3161. The parties agreed that granting the exclusion would maintain continuity of counsel and allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of

Stipulation and [Proposed] Order Excluding Time
CR 12-0156 RS

1  justice served by granting such an exclusion of time outweigh the best interests of the public and the
2  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings
3  consistent with this agreement.
4      SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: October 15, 2013                         /s/
CAROLYN SILANE
Special Assistant United States Attorney

DATED: October 15, 2013                         /s/
CANDIS MITCHELL
Attorney for Defendant Pablo Perez-Anguiano

Stipulation and [Proposed] Order Excluding Time
CR 12-0156 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the October 15, 2013, hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 15, 2013, to November 5, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/16/13

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

Stipulation and [~~Proposed~~] Order Excluding Time
CR 12-0156 RS