STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
candis_mitchell@fd.org

Counsel for Defendant Jose Escalara Aguilera

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ESCALARA AGUILERA,<br><br>Defendant. | Nos.  CR 12-00090 RS<br>         CR 12-00156 RS<br><br>**JOINT STIPULATION AND<br>~~[PROPOSED]~~ ORDER CONTINUING<br>SENTENCING DATE**<br><br>Date:   January 21, 2014<br>Time:   2:30 p.m.<br>Proposed Date:   February 18, 2014 |

    Defendant Jose Escalara Aguilera is currently set for sentencing on January 21, 2014, for two cases: Illegal Re-Entry to the United States — in violation of 8 U.S.C. § 1326 — and violation of his supervised release.

    Defense counsel will be unavailable on that date due to a trial and is requesting a continuance until February 18, 2014. The probation officer has been consulted and has no opposition to the continuance and the proposed sentencing date.

                                                                                                         Respectfully submitted,

Dated: January 17, 2014                */s/ Candis Mitchell*
                                                 CANDIS MITCHELL
                                                 Attorney for Defendant Escalara Aguilera

1  IT IS SO STIPULATED.

2  Dated: January 17, 2014                                    /s/ Janaki Gandhi
                                                              JANAKI GANDHI
3                                                             Assistant United States Attorney

4

5

6                                   [PROPOSED] ORDER

7       For the reasons stated above, the Court continues the sentencing date from January 24,

8  2014, to **February 18, 2014, at 2:30 p.m.**

9       IT IS SO ORDERED.

10

11  Dated: 1/16/14                                            _____
                                                              **RICHARD SEEBORG**
12                                                            United States District Judge